# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

Video Arraignment

MAGISTRATE JUDGE: Candy W. Dale   DATE: July 19, 2021
DEPUTY CLERK/ESR: Sunny Trumbull   TIME: 3:23 – 3:30 p.m.

<u>UNITED STATES OF AMERICA vs. CHAD JOSEPH LONGLEY</u>
Case No. 1:21-CR-179-BLW-1

Counsel for:   United States (AUSA): David Robins
Defendant: Tom Monaghan, retained counsel
Probation: Emma Wilkins

Defendant appears on a notice.
Constitutional Rights advised.
Maximum Penalties Provided.

(X)  Indictment    ( ) Information    ( ) Complaint
   (X) Copy furnished to defendant/understands the charges and maximum penalties
   ( ) Read by Clerk    (X) Waived Reading ( ) Read by Interpreter

PLEA: NOT GUILTY

Court advised of Due Process Protections Act.

Parties made elections and Procedural Order entered.  Jury Trial is set for September 13, 2021 at 1:30 p.m. before Judge B Lynn Winmill in Boise, Idaho. Telephone readiness conference set for September 2, 2021 at 4:00 p.m. with the Government to initiate the call.

Defendant shall remain on release under the terms and conditions previously imposed.